THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE DOMENS, Appellant, *v.* WARDEN OF THE CITY PRISON, CITY OF NEW YORK, Respondent.

*People ex rel. Domens* v. *Warden of City Prison, N. Y.*, 154 App. Div. 728, appeal dismissed,

(Submitted June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1913, which reversed an order of Special Term sustaining a writ of habeas corpus and discharging the relator, and remanded the relator to custody.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.